**People of State of Illinois, Defendant in Error, v. Claude Bailey, Plaintiff in Error.**

**Gen. No. 10,847. (Abstract of Decision.)**

Second District.

May 3, 1956.

Rehearing denied May 28, 1956.

Released for publication May 29, 1956.

Paul D. Perona, and George S. Skinner, for plaintiff in error; Calhoun W. J. Phelps, State's Attorney, and Donald E. Blodgett, Assistant State's Attorney, for defendant in error. Opinion PER CURIAM. Not to be published in full.